UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22cr0920-BAS |
|---|---|
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| MALCOLM LEVI MOSES, | |
| Defendant. | |

On March 3, 2023, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of MALCOLM LEVI MOSES, ("Defendant") in the following properties, pursuant to 18 U.S.C. §§ 2253 (a) and (b):

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses for which Defendant was found guilty, including:

1. All images of child pornography, as defined in Title 18, United States Code, Section 2256;
2. Red Apple iPhone 13 SN: PR252961R4;
3. LGE LM-K920 cellular phone; and
4. Motorola Moto G7 Supra cellular phone.

For thirty (30) consecutive days ending on August 18, 2023, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order

1 and the United States' intent to dispose of the properties in such manner as the
2 Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G (4) of the
3 Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions,
4 and further notifying all third parties of their right to petition the Court within thirty
5 (30) days of the final publication for a hearing to adjudicate the validity of their
6 alleged legal interest in the properties.

7 There were no potential third parties known to the United States to have
8 alleged an interest in the forfeited properties; therefore, no one was provided with
9 direct notice of the forfeiture.

10 Thirty (30) days have passed following the final date of notice by publication,
11 and no third party has made a claim to or declared any interest in the forfeited
12 properties described above.

13 Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED
14 that, as a result of Defendant's conviction on Count 2 of the Information and based
15 upon the failure of any third party to come forward or file a petition for relief from
16 forfeiture as provided by law, all right, title and interest of MALCOLM LEVI
17 MOSES, and any and all third parties in the following properties are hereby
18 condemned, forfeited and vested in the United States of America pursuant to Title 18,
19 United States Code, Section § 2253(a) and (b):

20
21     (1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

22
23     (2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses has pled guilty, including:

24     1. All images of child pornography, as defined in Title 18, United States Code, Section 2256;
25     2. Red Apple iPhone 13 SN: PR252961R4;
26     3. LGE LM-K920 cellular phone; and
27     4. Motorola Moto G7 Supra cellular phone.
28

IT IS FURTHER ORDERED that costs incurred by the Federal Bureau of Investigation and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation shall dispose of the forfeited properties according to law.

**IT IS SO ORDERED.**

DATED: April 11, 2024

Hon. Cynthia Bashant
United States District Court Judge